IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. FAUROT, II

      Plaintiff,                    No. CIV S-05-0341 LKK KJM P

    vs.

TERHUNE, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On December 27, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 8, 2005 dismissing plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed December 8, 2005, is affirmed;

/////

/////

/////

1

1    2. Plaintiff is granted thirty days from the date of this order to file an amended
2 complaint as directed by the magistrate judge on December 8, 2005.
3 DATED: September 11, 2006.

```
                               /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
```