UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MARK CONRAD FAUROT, II, | No. 07-15045 |
| :--- | :--- |
| Plaintiff - Appellant, | D.C. No. CV-05-00341-LKK/KJM |
| v. | |
| CAL TERHUNE, Director, CDC; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [X]

Explanation: Action dismissed because plaintiff failed to file an amended complaint

_____ 
Judge
United States District Court

Date: 2/12/07