IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. FAUROT, II

    Plaintiff,                     No. CIV S-05-0341 LKK KJM P

    vs.

TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

        Plaintiff, a state prisoner proceeding in forma pauperis, sought relief pursuant to 42 U.S.C. § 1983.  Judgment was entered in this action on November 30, 2006.  On December 28, 2006, plaintiff filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.[1]

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court

/////

/////

---

[1] See <u>Houston v. Lack</u>, 487 U.S. 266, 270 (1988) (prisoner files court document when he gives it to prison officials for mailing).

1

|||
|---|---|
|1|shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .|

Fed. R. App. P. 24(a). On February 13, 2007, the court found that plaintiff's appeal was not taken in good faith. Accordingly, plaintiff's motion for leave to proceed in forma pauperis on appeal is denied.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis on appeal is denied. See Fed. R. App. P. 24(a).

DATED: March 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT